UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80183-DMM

DAVID POSCHMANN,

    Plaintiff,

v.

OLEN PROPERTIES CORP.,

    Defendant.

_____/

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, OLEN PROPERTIES CORP., by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, hereby files its Corporate Disclosure Statement and states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  April 6, 2020

                                                     Respectfully submitted,

                                                     /s/ Brett A. Duker
                                        Brett A. Duker
                                        Florida Bar No. 0021609
                                        bduker@ssclawfirm.com
                                        SACHS SAX CAPLAN
                                        6111 Broken Sound Parkway NW, Suite 200
                                        Boca Raton, Florida 33487
                                        Telephone:     (561) 994-4499
                                        Facsimile:      (561) 994-4985
                                        Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served through the CM/ECF system on April 6, 2020 on all counsel of record on the Service List below.

                                           /s/ Brett A. Duker
                                      Brett A. Duker

Drew M. Levitt, Esq.
drewmlevitt@gmail.com
Lee D. Sarkin, Esq.
4700 NW Boca Raton Blvd., #302
Boca Raton, Florida 33431
lsarkin@aol.com
Telephone:    (561) 994-6922
Facsimile:    (561) 994-0837
Attorneys for Plaintiff